164 So. 926
### Oneal WARREN v. STATE.
### 4 Div. 210.

Court of Appeals of Alabama.
Nov. 12, 1935.

SAMFORD, Judge.
Appeal dismissed.

170 So. 924
### K. D. WATSON v. STATE.
### 4 Div. 281.

Court of Appeals of Alabama.
Nov. 10, 1936.

RICE, Judge.
Appeal dismissed.

169 So. 914
### Homer WEAVER v. STATE.
### 8 Div. 394.

Court of Appeals of Alabama.
June 2, 1936.

RICE, Judge.
Affirmed.

174 So. 907
### William WELLS v. STATE.
### 6 Div. 128.

Court of Appeals of Alabama.
May 11, 1937.

RICE, Judge.
Affirmed.

173 So. 926
### Lucy WESLEY v. STATE.
### 8 Div. 346.

Court of Appeals of Alabama.
Feb. 16, 1937.

W. L. Almon, of Florence, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

170 So. 926
### D. H. WESSON v. STATE.
### 8 Div. 344.

Court of Appeals of Alabama.
Oct. 27, 1936.

BRICKEN, Presiding Judge.
Affirmed.

167 So. 926
### Lamar WEST v. STATE.
### 7 Div. 172.

Court of Appeals of Alabama.
April 7, 1936.

RICE, Judge.
Affirmed.

174 So. 907
### Bill WHISENANT v. STATE.
### 8 Div. 461.

Court of Appeals of Alabama.
May 25, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.